UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THOMAS A. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02044-JPH-MPB |
| | ) | |
| JOHN HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 11:30 a.m., Indianapolis time (EDT), on September 2, 2021, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDERS** are entered:

1. The stay entered in this matter (Docket No. 39) is hereby lifted.

2. The deadlines set forth in the Order Setting Pro Se Initial Pre-Trial Conference (Docket No. 22) and Minute Entry (Docket No. 27) are amended as follows:

   A. No later than **December 2, 2021** – Each party must give the other parties a list (with addresses and telephone numbers) of every witness who has knowledge that could help prove that party's claims or defenses. For each witness the party lists, there should be a brief description of what that witness knows. **This list is NOT filed with the Court.

   B. No later than **December 2, 2021** – Each party must give the other parties copies of all documents, computer files, and other electronic data that the party has that it may use to prove its case. **The copies of documents are NOT filed with the Court.

   C. No later than **December 2, 2021** – The Plaintiff must give the Defendant(s) a written estimate of how much money the Plaintiff claims

1

    he is entitled to for any injuries or damages the Plaintiff claims to have suffered. At that time, the Plaintiff must also give the Defendant(s) all non-privileged documents that support that estimate, including does that might prove the nature and the extent of the Plaintiff's injury. **This estimate and the documents are NOT filed with the Court.

E.  If parties need additional evidence from each other, or from third-parties, companies, or entities, they may use the methods described in Federal Rule of Civil Procedure 27-36 and 45 to obtain it. These methods are called "discovery" methods. All discovery requests must be served on the responding party (but NOT filed with the Court) no later than **December 2, 2021**.

F.  No later than **December 2, 2021** – Each party must tell the other parties if it intends to use any testimony by expert witnesses. At that time, if a party intends to use an expert, it must give the other party a signed report from the expert that presents all the witness' opinions and all the other information required by Federal Rule of Civil Procedure 26(a)(2). Thirty days later, the other side must file a report by any rebuttal expert.

I.  No later than **February 2, 2022** – Any party who believes that there is no genuine issue as to any material fact and that it is entitled to judgment as a matter of law, and therefore the case does not need to go to trial, must file its motion under Federal Rule of Civil Procedure 56.

3. A **TELEPHONIC STATUS CONFERENCE** is set for **JANUARY 11, 2022** at 10:00 a.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

Dated:  September 3, 2021

               _____
               Matthew P. Brookman
               United States Magistrate Judge
               Southern District of Indiana

Distribution:

THOMAS A. MYERS
2013 Lazycreek
Muncie, IN 47302

Served electronically on all ECF-registered counsel of record.