UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS A. MYERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-02044-JPH-MPB ) |
| JON HENDERSON, | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Matthew Brookman has entered a Report and Recommendation recommending that the Court grant Defendant Jon Henderson's motion to dismiss, dkt. 74, and dismiss this case with prejudice. Dkt. 88. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [88]. The motion to dismiss is **GRANTED**. Dkt. [74]. Defendant's subsequent motion for summary judgment is **DENIED as moot**. Dkt. [81]. Final judgment will issue by separate entry.

**SO ORDERED**.

Date: 2/1/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

All electronically registered counsel

THOMAS A. MYERS
2013 Lazycreek
Muncie, IN 47302